McArthur JOHNSON, Appellant,

v.

UNION PACIFIC RAILROAD COMPANY, a Corporation, Appellee.

No. 00–3023NE.

United States Court of Appeals, Eighth Circuit.

Submitted July 25, 2001.

Decided Aug. 2, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[Not To Be Published]

PER CURIAM.

McArthur Johnson appeals from a jury verdict in favor of Union Pacific Railroad, his former employer, in his Americans with Disabilities Act case. Upon a thorough review of the record—and of Johnson's appellate brief, which does not present us with any specific legal challenge to the jury verdict or to the trial—we conclude that the District Court's[1] judgment should be affirmed.

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Johnson's motion for appointment of counsel.

---

1. The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.